IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BROOKS GOPLIN,
Individually and on behalf
Of all others similarly situated,

    Plaintiff,

v.                                                                      Case No. 17-cv-773

WECONNECT, INC.,

    Defendant.

**MOTION TO COMPEL ARBITRATION OF PUTATIVE CLASS MEMBERS' CLAIMS**

    PLEASE TAKE NOTICE that the above-named Defendant, by and through its attorneys, moves the Court for an order compelling arbitration of putative class members' claims in the event that the Court grants Plaintiff's motion for conditional class certification. The basis for said motion is contained in Defendant's Brief in Opposition to Plaintiff's Motion for Conditional Class Certification and Court Authorized-Notice, in particular Section G of the Facts portion of that brief and Section III of the Argument portion of that brief.

Dated this 14th day of September, 2018.

          LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
          *Attorneys for Defendant WeConnect, Inc.*

By:   *George Burnett*
      George Burnett, State Bar No. 1005964
      Kurt A. Goehre, Bar No. 1068003
      Law Firm of Conway, Olejniczak & Jerry, S.C.
      231 South Adams Street
      P. O. Box 23200
      Green Bay, WI 54305-3200
      Telephone: (920) 437-0476
      Facsimile: (920) 437-2868
      E-mail: gb@lcojlaw.com
             kag@lcojlaw.com

#2933079