TO:   ALL HOME ENTERTAINMENT SPECIALISTS AND/OR FIELD SERVICE TECHNICIANS EMPLOYED BY WECONNECT AND/OR AEI AT ANY TIME SINCE DECEMBER 6, 2015.

You are receiving this Notice because you are a current or former Home Entertainment Specialist and/or Field Service Technician ("HES") employed by WeConnect, Inc. or Alternative Entertainment, Inc. ("WeConnect") at some time since December 6, 2015.

## PURPOSE OF NOTICE

This Notice is to inform you about a lawsuit in which you are potentially eligible to participate, how your rights under the Fair Labor Standards Act ("FLSA") may be affected by this lawsuit, and how to join in this lawsuit, should you choose to do so. Please note that this Notice is only for the purpose of determining the identity of those persons who wish to be involved in this action. This Notice does not mean that you have a valid claim or that you are entitled to any monetary recovery. Any such determination must still be made by the Court.

## DESCRIPTION OF THE LAWSUIT

A lawsuit has been brought by Brooks Goplin ("Goplin") against WeConnect in the United States District Court for the Western District of Wisconsin (Case No. 17-CV-773). The lawsuit alleges that WeConnect violated the Fair Labor Standards Act ("FLSA") by failing to pay overtime wages to HES employees by not paying them for work performed before arriving at the first customer site or after leaving the last customer site of the workday. WeConnect denies Plaintiff's allegations that it violated the FLSA and contends that it properly compensated HES employees for all hours worked.

## WHO IS SENDING THE NOTICE

This Notice is authorized by the United States District Court for the Western District of Wisconsin. We are the lawyers representing the Plaintiff and other potential class members who timely consent to join this lawsuit. We are from the law firm of Hawks Quindel, S.C. We prepared and sent this Notice to you. Although the judge in this case allowed us to send you this Notice, the judge has expressed no opinion about Plaintiff's claims, Defendant's defenses, or whether the Plaintiff or any other similarly-situated employees are entitled to recover any monies in this action.

## YOUR RIGHT TO PARTICIPATE IN THIS SUIT

If you believe that WeConnect has failed to properly compensate you for overtime wage pay, you have the right to participate in this lawsuit. To do this, you must sign, date, and mail the attached Consent Form to the address listed below, which is also printed on the enclosed envelope. It is entirely your own decision whether to participate in this lawsuit. You are not required to take any action unless you so desire, and you are not required to pay any money to participate. Regardless of the foregoing, if you have signed an arbitration agreement and WeConnect asks the Court to send your claim to arbitration, your continued participation may further depend on whether the Court determines that your claim must be heard in arbitration.

## RETALIATION PROHIBITED

The law prohibits anyone, including your employer, from discriminating or retaliating against you for taking part in this case or because you have exercised your rights under the FLSA.

## HOW AND WHEN TO JOIN THE SUIT

Enclosed you will find a Consent Form. If you choose to join this lawsuit, and thus participate in any recovery that may result from this lawsuit, it is **extremely important** that you read, sign, and return the Consent Form before [60 DAYS FROM NOTICE MAILING]. The Consent Form is pre-addressed and postage-paid for your convenience. Should the enclosed form become lost or misplaced, please contact Plaintiff's lawyers listed at the bottom of this Notice.

The signed Consent Form must be postmarked by [60 DAYS FROM NOTICE MAILING]. **If your signed Consent Form is not postmarked by [60 DAYS FROM NOTICE MAILING], you will not participate in any recovery obtained under the FLSA against WeConnect in this lawsuit.**

If you have any questions about filling out or sending in the Consent Form, you may contact Plaintiff's lawyers below.

## STATUTE OF LIMITATIONS

The FLSA has a statute of limitations of two years and in some cases is extended to three years if the employer is found to have engaged in a willful violation of the FLSA. If you choose to join this action, you may be able to recover damages if you were improperly denied compensation within two or three years of the date you file your "Plaintiff Consent Form." If you choose not to join this action or file your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

## EFFECT OF JOINING THIS LAWSUIT

If you choose to join this action, you will be bound by any ruling, judgment, award, or settlement, whether favorable or unfavorable. If you do not join this action, you are free to take action on your own. Your continued right to participate in this action will depend upon a later decision by the Court that you and the named Plaintiff are "similarly situated" in accordance with applicable laws and that it is appropriate for this case to proceed as a collective action. While this lawsuit is pending, individuals who join the lawsuit may be required to provide information or documents, appear for a deposition, testify at trial, or otherwise participate in this action. By joining this lawsuit, you designate the Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, and to look out for the best interests of the class. The decisions and agreements made and entered into by the Plaintiff will be binding on you if you join this lawsuit, unless you choose to withdraw your consent. The representative Plaintiff in this lawsuit has entered into a contingency fee agreement with Plaintiff's lawyers, which means that if there is no recovery, there will be no attorney's fees or costs chargeable to you from Plaintiff's lawyers. If there is a recovery, Plaintiff's lawyers will be paid attorney's fees in an amount that is subject to the discretion of the Court. The risks in joining this lawsuit may include: (1) being required to participate in the litigation by testifying at deposition and/or at trial; and (2) having a portion of the Defendant's court costs and expenses assessed against you if you do not prevail on your claim.

If you choose not to join this lawsuit, you will not be affected by any judgment or settlement of the FLSA claims in this case, whether favorable or unfavorable to the class. You will not be entitled to share any amounts recovered by the class. You will be free to file your own lawsuit, if you wish to do so.

## RIGHT TO CONSULT WITH US

If you want to talk with us about this lawsuit, please feel free to call, write or e-mail us from your personal (not work) e-mail account during non-working time:

        **Atty. David C. Zoeller**
        **HAWKS QUINDEL, S.C.**
        **409 E. Main St.**
        **Madison, WI 53703**
        **Tel: (608) 257-0040**
        **Fax: (608) 256-0236**
        **Email: dzoeller@hq-law.com**

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN, HONORABLE JAMES PETERSON, DISTRICT JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFF'S CLAIMS OR THE DEFENDANT'S DEFENSES. PLEASE DO NOT CONTACT THE COURT FOR ANY REASON.

## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against WeConnect for unpaid overtime wages. During the past three years, I believe there may have been weeks where I worked over 40 hours for WeConnect and did not receive overtime pay of 1.5 times my regular rate of pay.

_____
Signature and Date

_____
Print Name

_____
Address

_____
City, State, Zip Code

_____
Home Telephone

_____
Mobile Telephone

_____
E-Mail Address

_____
Emergency Contact (and phone number)

**PLEASE SIGN AND RETURN TO:**
**HAWKS QUINDEL, S.C.**
**409 EAST MAIN STREET**
**MADISON, WISCONSIN 53703**
**OR E-MAIL/FAX TO:**
**DZOELLER@HQ-LAW.COM**
**FAX: (608) 256-0236**

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN, HONORABLE JAMES PETERSON, DISTRICT JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFF'S CLAIMS OR THE DEFENDANT'S DEFENSES. PLEASE DO NOT CONTACT THE COURT FOR ANY REASON.