IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**BROOKS GOPLIN**,
individually and on behalf
of all others similarly situated,

               Plaintiff,

                                                 Case No. 17-cv-773

   vs.

**WECONNECT, INC.**,

               Defendant.

---

### NOTICE OF ISSUANCE OF NOTICE TO THE COLLECTIVE CLASS

---

PLEASE BE ON NOTICE that Plaintiff, pursuant to this Court's Order dated December 17, 2018 (dkt. # 80, Order), issued notice to the collective class on January 4, 2019 by U.S. mail. Per this Court's Order, Plaintiff requests that the Court re-set Rule 23 class certification and decertification deadlines. (Id.)

Approved and submitted on this 4th day of January, 2019.

                                   By: */s/ David C. Zoeller*
                                   **HAWKS QUINDEL, S.C.**
                                   David C. Zoeller, State Bar No. 1052017
                                   Email: dzoeller@hq-law.com
                                   Caitlin M. Madden, State Bar No. 1089238
                                   Email: cmadden@hq-law.com
                                   409 East Main Street
                                   Post Office Box 2155
                                   Madison, Wisconsin 53701-2155
                                   Telephone: (608) 257-0040
                                   Facsimile: (608) 256-0236